UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20981-CV-MARTINEZ/Sanchez

ENERGY ENHANCEMENT SYSTEM,
LLC, *et al.*,

      Plaintiffs

v.

JASON SHUKRA, *et al.*,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Verified Motion to Determine Reasonable Fees ("Motion") [ECF No. 25]. (*See* [ECF No. 26]). Judge Sanchez filed an R&R recommending that the Motion be granted in part and denied in part, *see* [ECF No. 33], and Defendant Jason Shukra filed Objections. (*See* [ECF No. 35]).

The Court has a duty to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). The Court also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* Having conducted a *de novo* review of the R&R; the issues presented in Defendant's Objections [ECF No. 35]; the Plaintiffs' Response [ECF No. 36]; the entire record; and relevant law, the Court has reached an independent conclusion that the R&R should be adopted and approved. The Court agrees with Judge Sanchez that the Motion fails to demonstrate that the vast amount of time spent by Plaintiffs' attorneys working on the same filings at two different firms reflects distinct and non-duplicative contributions, therefore, an across-the-board reduction in the lodestar amount of the fees requested is warranted to account for the duplication of attorney work.

CASE NO. 25-20981-CV-MARTINEZ/Sanchez

Accordingly, after careful consideration, it is hereby **ADJUDGED** that:

1.      Defendant's Objections [ECF No. 35] are **OVERRULED**.

2.      Judge Sanchez's R&R [ECF No. 33] is **AFFIRMED** and **ADOPTED**

3.      Plaintiffs' Motion [ECF No. 25] is **GRANTED in part and DENIED in part**.

4.      Plaintiffs are awarded attorneys' fees in the amount of **$46,526.55**.

**DONE AND ORDERED** in Miami, Florida, this 23 day of March 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     all counsel of record
        Magistrate Judge Sanchez

2